IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDGAR MARTINEZ,** | : | CIVIL ACTION NO. 1:20-CV-1826 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN RANSOM, DR. SCOTT PRINCE, and LEA MARTIN,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 19th day of January, 2022, upon consideration of defendants' motions (Docs. 18, 22) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motions (Docs. 18, 22) for summary judgment are GRANTED as to all federal claims against them under 42 U.S.C § 1983.

2. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff Edgar Martinez as to all federal claims under 42 U.S.C. § 1983.

3. The Court declines to exercise supplemental jurisdiction over Martinez's state-law claims of medical malpractice against defendants Martin and Dr. Prince. See 28 U.S.C. § 1367(c)(3).

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania